UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER GILCHRIST,
    Plaintiff,

vs.                                                    Case No.:  3:22cv6304/LAC/ZCB

ESCAMBIA COUNTY
CORRECTIONAL DEPARTMENT,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a former inmate of the Escambia County Jail proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On July 12, 2022, the Court granted Plaintiff's motion to proceed *in forma pauperis*, assessed an initial partial filing fee (IPFF) in the amount of $8.23 under 28 U.S.C. § 1915(b)(1), and directed Plaintiff to pay the IPFF within thirty days. (Doc. 7). The Court also instructed Plaintiff that his "[f]ailure to pay the initial partial filing fee as instructed may result in dismissal of this action." (*Id*. at 3).

Plaintiff did not pay the initial partial filing fee within the time allowed. Therefore, on August 29, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order

1

of the Court. (Doc. 8).[1] The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the IPFF or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

At Pensacola, Florida, this 21st day of October 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] The Court sent the order to show cause to Plaintiff at his record address, the Escambia County Jail. On September 14, 2022, the Jail returned the order to the Court indicating Plaintiff was released on August 16, 2022. (Doc. 9). The Clerk of Court located a forwarding address and sent the order and a notice of returned mail to 901 Massachusetts Avenue #77, Pensacola, FL 32505. (*Id.*). This mail was also returned as undeliverable. (Doc. 10). The Clerk of Court was able to find another forwarding address for Plaintiff and sent the order and a new notice to 1325 Shane Street, Detroit, MI 48227 on September 27, 2022. (*Id.*). That mail has not been returned.

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**