UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER GILCHRIST,
    Plaintiff,

vs.                            Case No.:  3:22cv6304/LAC/ZCB

ESCAMBIA COUNTY
CORRECTIONAL DEPARTMENT,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 21, 2022.  (Doc. 11).  Efforts have been made to furnish Plaintiff with a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail addressed to Plaintiff has been returned as undeliverable.  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.   The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 22nd day of November, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**